STEPHANIE M. HINDS
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

L. JAMALA EDWARDS, Oregon State Bar No. 010369
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2732
Fax: (206) 615-2531
Jamala.edwards@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JAIME DE ALBA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br><br>　　　Defendant. | CIVIL NO. 3:22-cv-07356-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that the above-captioned case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to:

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND
3:22-cv-07356-WHO　　　　　　　　　　　1

- Review the entirety of the administrative record;

- Reconsider Plaintiff's degenerative joint disease of the left knee;

- Reconsider Plaintiff's subjective allegations;

- Reconsider the opinion evidence and redetermine the residual functional capacity;

- Continue through the sequential evaluation process, as necessary; and

- take any further action to complete the administrative record resolving the above issues, offer Plaintiff an opportunity for a hearing and to submit additional evidence, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: April 27, 2023         By: */s/ L. Jamala Edwards*
                              L. JAMALA EDWARDS
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant

Dated: April 27, 2023         */s/Patricia L. McCabe*
                              (Per Authorization)
                              Patricia L. McCabe, Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY REMAND
3:22-cv-07356-WHO                2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 27, 2023     _____
THE HONORABLE William H. Orrick
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND
3:22-cv-07356-WHO                    3